FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER MICHAEL PALMER,            Plaintiff - Appellant,   v.  KENTON D. JONES, in his official capacity as Yavapai County Superior Court Judge; et al.,            Defendants - Appellees. | No. 11-18040  D.C. No. 2:11-cv-01896-JAT District of Arizona, Phoenix   ORDER |

Before: CANBY and SILVERMAN, Circuit Judges.

Appellant's emergency motion for injunctive relief pending appeal is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

Appellant's motion to expedite this appeal is denied.

A review of the record suggests that this appeal may be appropriate for summary disposition under Ninth Circuit Rule 3-6(b) because the district court did not err in granting defendants' motion to dismiss based on judicial immunity. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam).

MF/Pro Se

Within 21 days after the filing date of this order, appellant shall show cause why summary affirmance of the district court's judgment is not appropriate. A response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, this appeal will be automatically dismissed by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.