FILED

UNITED STATES COURT OF APPEALS

FEB 28 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER MICHAEL PALMER,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>KENTON D. JONES, in his official capacity as Yavapai County Superior Court Judge; et al.,<br><br>    Defendants - Appellees. | No. 11-18040<br><br>D.C. No. 2:11-cv-01896-JAT<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

A review of the record and the response to the January 11, 2012 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

MF/Pro Se