**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER MICHAEL PALMER, | No. 11-18040 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01896-JAT<br>District of Arizona,<br>Phoenix |
| v. | |
| KENTON D. JONES, in his official capacity as Yavapai County Superior Court Judge; et al., | ORDER |
| Defendants - Appellees. | |

The motion for reconsideration is denied as untimely. *See* 9th Cir. R. 27-10 (motion for reconsideration of order that terminates case must be filed within 14 days).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk

MF/Pro Se