**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 28 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER MICHAEL PALMER, | No. 11-18040 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01896-JAT<br>District of Arizona,<br>Phoenix |
| v. | |
| KENTON D. JONES, in his official capacity as Yavapai County Superior Court Judge; et al., | ORDER |
| Defendants - Appellees. | |

Before: LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

The mandate is sua sponte recalled.

Appellant's May 29, 2012 motion requesting reconsideration of this court's May 14, 2012 order denying the March 14, 2012 motion for reconsideration as untimely is granted. The May 14, 2012 order is vacated.

Appellant's March 14, 2012 motion for reconsideration contained a footnote requesting an extension of time to file a motion for reconsideration. The request for an extension of time is granted. Appellant's March 14, 2012 motion for reconsideration of this court's February 28, 2012 order summarily affirming the district court's judgment is deemed filed and is denied.

MF/Pro Se

No further filings shall be accepted in this closed case.

The mandate shall re-issue in due course.